IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD W. FALK and JOETTE FALK, his wife, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 16-1294 |
| v. | ) ) | JUDGE MARK R. HORNAK |
| UNITED STATES OF AMERICA, | ) ) | *(Electronic Filing)* |
| Defendant. | ) ) | |

## STIPULATION OF DISMISSAL
## <u>WITH PREJUDICE</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed to by and between the respective parties that the above-captioned case be dismissed with prejudice against Defendant, United States of America, each party to bear their own costs, and the Court may enter an Order accordingly, notice by the Clerk being hereby waived.

Respectfully submitted,

SOO C. SONG
Acting United States Attorney

s/Alicia M. Simpson
Alicia M. Simpson, Esquire
Friday & Cox LLC
1405 McFarland Road
Pittsburgh, PA 15216
(412) 561-4290

Attorney for Plaintiffs

Dated: 2-24-2017

s/Paul D. Kovac
Paul D. Kovac, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office (W.D. Pa.)
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7489

Attorney for Defendant

Dated: 2-24-2017